UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-61510-CIV-COHN

ALTON TYRONE RILEY,

Magistrate Judge White

    Plaintiff,

vs.

DETECTIVE GEORGE ALEXANDER,

    Defendant.
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION
### ORDER DISMISSING CLAIMS AGAINST DEFENDANT CHASE AND BROWARD SHERIFF'S OFFICE

THIS CAUSE is before the Court upon the Report and Recommendation [DE 9] of Magistrate Judge Patrick A. White. The Court notes that the Plaintiff, Alton Tyrone Riley, has not filed any objections to the Report and Recommendation, and that the time for filing such objections passed on December 19, 2006.

Even though no timely objections were filed, the Court has conducted a de novo review of the report and recommendation, and is otherwise fully advised in the premises. After initially filing a complaint under Section 1983 against the Broward Sheriff's Office for excessive force, the Magistrate Judge dismissed the Complaint and directed Plaintiff to file an amended complaint against the officers involved. Plaintiff's Amended Complaint lists Detective George Alexander and Sergeant Todd Chase as Defendants. After an initial review, the Magistrate Judge recommended that the claim of excessive force upon arrest proceed against Defendant Alexander, while Defendant Chase be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

Upon review of the entire record in this case, the Court agrees with the

reasoning and analysis of the Magistrate Judge. In addition, as the Broward Sheriff's Office is not listed as a Defendant in the Amended Complaint, it may be terminated as a party to this case.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report and Recommendation [DE 9] is hereby **ADOPTED**;

2. The claim of excessive force upon arrest proceed against Defendant Alexander in his individual capacity;

3. Defendant Chase shall be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted;

4. As the Broward Sheriff's Office is not listed as a Defendant in the Amended Complaint, it may be terminated as a defendant in this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of January, 2007.

JAMES I. COHN
United States District Judge

copies to:

Magistrate Judge White

Alton Tyrone Riley
Baker Correctional Institution
P.O. Box 500
Sanderson, FL 32087

2